**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMIE BRADLEY, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-04279 |
| v. | ) | |
| | ) | |
| RESOLVE PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1.      Plaintiff Amie Bradley brings this action to secure redress from unlawful consumer reporting practices of defendant Resolve Partners, LLC, in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

### JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction under 28 U.S.C. §§1331 (general federal question), and 1337 (interstate commerce) and 15 U.S.C. §1681p (FCRA).

3.      Venue in this District is proper because defendant is subject to jurisdiction here.

### PARTIES

4.      Plaintiff Amie Bradley is an individual who resides in the Northern District of Illinois.

5.      Defendant Resolve Partners, LLC is a limited liability company organized under Delaware law with its principal place of business at 303 Pisgah Church Rd., Suite C,

-1-

Greensboro, NC 27455-2755. Its registered agent and office is Cogency Global Inc., 212 South Tryon Street, Ste. 1000, Charlotte, NC 28281-0001.

6.      Defendant Resolve Partners, LLC states that it "is a nationwide . . . Resident & Employment Screening service provider dedicated to providing the best in risk management tools to the multi-family and employment industries. . . . Whether you are a Property Manager or hiring new employees, Resolve Partners' screening services gives you the assessment tools you need to make the best decision for every applicant. We provide detailed credit bureau reports, gather and diesseminate criminal and eviction records, conduct drug tests, and perform landlord and/or employment verifications with criteria and presentation designed to your specifications. . . ." (http://www.resolve-partners.com/)

7.      Defendant Resolve Partners, LLC sells background check reports for money.

8.      Defendant Resolve Partners, LLC is therefore a consumer reporting agency subject to the FCRA.

## FACTS

9.      In 2018, Resolve Partners, LLC prepared a background check report on plaintiff in connection with a rental housing application.

10.     In preparing such report, Resolve Partners, LLC included expunged criminal convictions.

11.     On information and belief, it is the regular practice of Resolve Partners, LLC to report expunged convictions.

## COUNT I – FCRA

12.     Plaintiff incorporates ¶¶1-11.

-2-

13.     Under 15 U.S.C. §1681e(b), "Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates."

14.     Reporting expunged criminal convictions is not consistent with such standard.

15.     Plaintiff was damaged as a result, in that she was denied housing.

### CLASS ALLEGATIONS

16.     Plaintiff brings this claim on behalf of a class, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3).

17.     The class consists of (a) all individuals (b) with respect to whom defendant prepared a background check report (c) during the last two years (d) including one or more expunged criminal convictions.

18.     On information and belief, the class is so numerous that joinder of all members is not practicable.

19.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are whether defendant engages in a practice of reporting expunged criminal convictions and whether such practice violates the FCRA.

20.     Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

21.     Plaintiff will fairly and adequately represent the class members. Plaintiff has retained counsel experienced in class actions and consumer litigation.

22.     A class action is superior for the fair and efficient adjudication of this matter, in

that:

      a.     Individual actions are not economically feasible.

      b.     Members of the class are likely to be unaware of their rights;

WHEREFORE, the Court should enter judgment in favor of plaintiff and the class and against defendant for:

      i.     Statutory damages;

      ii.     Punitive damages;

      iii.     Any actual damages proven by class members;

      iv.     Attorney's fees, litigation expenses and costs of suit;

      v.     Such other and further relief as the Court deems proper.


*/s/Daniel A. Edelman*
Daniel A. Edelman


Daniel A. Edelman
Tara L. Goodwin
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## <u>NOTICE OF LIEN AND ASSIGNMENT</u>

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.


*/s/Daniel A. Edelman*
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for service: courtect@edcombs.com